UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ANTHONY RITHMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>V.<br><br>ABC PEST AND LAWN SERVICES OF SAN ANTONIO, INC., ET AL.,<br><br>Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 1:13-cv-00368-SS<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S SUBMISSIONS OF ATTORNEYS' FEES AND EXPENSES**

Pursuant to the court's order (Doc. 22) dated September 13, 2013, Plaintiffs' counsel hereby files the attached affidavit regarding attorneys' fees and expenses.

Respectfully submitted,

KENNEDY HODGES, L.L.P.

By: /s/ Galvin B. Kennedy
Galvin B. Kennedy
State Bar No. 00796870
Federal Bar No. 20791
gkennedy@kennedyhodges.com
711 W. Alabama St.
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEY IN CHARGE FOR PLAINTIFF
& CLASS MEMBERS

OF COUNSEL:
Karen Nudelman
State Bar No. 24079067
Federal Bar No. 1591707
knudelman@kennedyhodges.com
KENNEDY HODGES, L.L.P.
711 W. Alabama St.
Houston, TX  77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

## CERTIFICATE OF SERVICE

This is to certify that on September 23, 2013 a copy of the foregoing instrument was served upon all parties via the Court's electronic case filing system.

      /s/       Galvin Kennedy
      Galvin Kennedy